THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
California State Bar No.147248
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-7819
    Email: Cedina.Kim@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARIA RUIZ, | ) EDCV 07-254-E |
|     Plaintiff, | ) **JUDGMENT OF REMAND** |
|     v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: October 18, 2007

                                                /s/
                                      CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE